UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FRIES, K15230,

Plaintiff,

v.

WARDEN PFEIFFER, et al.,

Defendant(s).

Case No. 22-cv-02023-SK  (PR)

**ORDER OF TRANSFER**

Plaintiff, a prisoner at Kern Valley State Prison (KVSP) in Delano, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 challenging various aspects of the conditions of his confinement at KVSP. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in Kern County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: March 31, 2022

_____
SALLIE KIM
United States Magistrate Judge