UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRIES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PFEIFFER,<br><br>　　　　　Defendant. | No. 1:22-cv-00380-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF No. 35) |

　　　　Plaintiff Michael Fries is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On August 7, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court dismiss this case due to Plaintiff's failure to comply with the Magistrate Judge's April 10, 2023 order.  (ECF No. 31.)  The findings and recommendations contained notice that Plaintiff had until August 22, 2023 to file objections.  (*Id.*)  That deadline has passed, and Plaintiff has not filed objections or otherwise contacted the Court.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

///

Accordingly,

1. The findings and recommendations issued on August 7, 2023, (ECF No. 35), are adopted in full;

2. This action is dismissed, without prejudice, due to Plaintiff's failure to comply with a court order; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 18, 2023

UNITED STATES DISTRICT JUDGE